**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1487**

STEPHEN PRICE,

Plaintiff - Appellant,

v.

BOARD OF EDUCATION OF HOWARD COUNTY,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Matthew James Maddox, District Judge.  (1:22-cv-00541-MJM)

Submitted:  December 16, 2025                    Decided:  February 9, 2026

Before KING, GREGORY, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen Price, Appellant Pro Se.  Andrew Wayne Nussbaum, NUSSBAUM LAW, LLC, Clarksville, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Price appeals the district court's order granting Defendant summary judgment on Price's failure-to-accommodate claim, brought pursuant to the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213, and denying Price's motions for leave to amend, to strike Defendant's affidavits, and for leave to file a surreply.[*] We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Price v. Bd. of Educ. of Howard Cnty.*, No. 1:22-cv-00541-MJM (D. Md. Mar. 31, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Defendant has filed a motion to strike Price's informal reply brief, which we deny.